United States District Court
Southern District of Texas
**ENTERED**
April 13, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JONTRIL AIWTINE KINCH, (Former SPN #01792390)  Plaintiff, | § § § § § § |
| vs. | §  CIVIL ACTION H-20-2721 |
| ED GONZALEZ,  Defendant. | § § § § § |

## MEMORANDUM ON DISMISSAL

Plaintiff Jontril Aiwtine Kinch is a former inmate of the Harris County Jail. Online research reveals that Kinch is no longer in custody of the Harris County Jail.

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The Court will send notices only to the address on file. The plaintiff has failed to provide the Court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 James Wm. Moore et al., *Moore's Federal Practice* § 41.51(3)(b) & (e) (3d ed. 2017). The plaintiff is advised, however, that upon a

O:\RAO\VDG\2020\20-2721.b01.wpd

proper showing, relief from this Order may be granted in accordance with Fed. R. Civ. P. 60(b). *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution.

SIGNED at Houston, Texas, on April 12, 2021.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE